# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 284 | **DATE** | 7/2/2013 |
| **CASE TITLE** | GRABIANSKI, et al.  Vs. BALLY TOTAL FITNESS HOLDING CORP., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff Joseph Esposito's Motion for voluntary dismissal of his claims without prejudice pursuant to FRCP 41(a)(2) [144] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|